**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| **v.** ) | **CRIMINAL NO. 09-00228-CG** |
| ) | |
| **TEDDY O'NEAL CAMPBELL** ) | |
| ) | |
| **Defendant,** ) | |
| ) | |
| **ENTERPRISE FLOORING SERVICE,** ) | |
| ) | |
| **Garnishee.** ) | |

**AGREED FINAL ORDER OF GARNISHMENT**

Upon joint motion of the parties for an Agreed Final Order of Garnishment, it is **ORDERED** that the joint motion be **GRANTED** as set out below:

The parties having agreed and stipulated to the entry of a final Order of Garnishment against the non-exempt wages of the judgment defendant, **Teddy O'Neal Campbell**, it is **ORDERED** that the garnishee defendant, **Enterprise Flooring Service, Inc.**, shall pay into the hands of the Clerk of Court, at least monthly, the lesser of:

1.  **Twenty-five percent (25%)** of judgment defendant's disposable earnings; or

2.  All amounts of judgment defendant's disposable earnings in excess of thirty times the federal minimum hourly wage.

See 15 U.S.C. § 1673(a)

To calculate disposable earnings, subtract the following from wages,

commissions, and income:

1.      Federal Income Tax
2.      Federal Social Security Tax;
3.      State Adjusted Gross Income Tax;
4.      Local/County Tax (if any).

It is **FURTHER ORDERED** that these sums are to be applied upon the judgment rendered in this cause in the sum of $77,900.20, upon which there is an unpaid balance of $77,200.20 as of May 17, 2011, plus interest at the rate of 0%. These deductions are to continue until the unpaid balance, plus accruing interest, if any, is fully paid and satisfied or until the Garnishee no longer has possession or control of salary, wages, or other compensation belonging to the Defendant. Garnishee is **ORDERED** to notify Plaintiff within ten (10) days of Defendant's termination or resignation.

Checks should be made payable to: CLERK OF COURT

and mailed to:

113 St. Joseph Street
Mobile, AL 36602

Ref: Teddy O'Neal Campbell/#09-00228-001

Finally, this Order shall take effect after all prior orders of garnishment, if any, have been satisfied.

**DONE and ORDERED** this 23rd day of June, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE